LODGED
NOV 28 2016
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA


FILED
NOV 29 2016
Clerk, U.S. District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**KERIANN RUTH REED**     No. CR 16-65-BLG-SPW

DOB: 1989                                  PETITION TO OPEN
                                           JUVENILE RECORDS
SSN: **XXX-XX-3327**

Whereas the above-name defendant entered a plea of GUILTY to *Possession with Intent to Distribute Methamphetamine* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the Defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this 29th day of Nov., 2016.